[No. 7240–1.   Division One.   October 29, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD
JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86853, David C. Hunter, J., entered November
20, 1978. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Callow, C.J., and Swanson, J.

[No. 3222–2.   Division Two.   October 29, 1979.]

*In the Matter of the Marriage of* JOSEPH F. BEAL,
*Respondent, and* MARGRITH ELIZABETH
BEAL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 234398, Waldo F. Stone, J., entered December
2, 1977. *Affirmed* by unpublished opinion per Pearson, C.J.,
concurred in by Petrie and Soule, JJ.

[No. 3574–2.   Division Two.   October 29, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
T. JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. CR–159, John H. Kirkwood, J.,
entered June 26, 1978. *Affirmed* by unpublished opinion
per Reed, J., concurred in by Pearson, C.J., and Soule, J.

[No. 3800–2; 3783–2.   Division Two.   October 30, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. EARL
S. CARVER, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Clark
County, Nos. 10185, 73517, Herbert E. Wieland and John
N. Skimas, JJ., entered November 8 and October 31, 1978.
*Affirmed* by unpublished opinion per Pearson, C.J., con-
curred in by Reed and Soule, JJ.